**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEMS, Individually and on Behalf of all Others Similarly Situated and PENSION TRUST FUND FOR OPERATING ENGINEERS,

Plaintiffs,

v. Case No. 3:15-cv-546-J-32PDB

RAYONIER ADVANCED MATERIALS, INC., PAUL G. BOYNTON, and BENSON K. WOO,

Defendants.

---

**O R D E R**

Defendants in this private securities fraud class action jointly contend the case should be dismissed on the grounds that Lead Plaintiffs have failed to adequately plead their claims under the various applicable pleading standards. (Doc. 27). Lead Plaintiffs respond that they have met their pleading obligations. (Doc. 29). Defendants filed a reply in support of their motion. (Doc. 30).

On April 20, 2016, the Court held a hearing on the motion to dismiss. (Doc. 34). Upon review of the parties' written submissions and oral arguments, the applicable law, and the record, the Court finds that the motion should be granted for the reasons stated on the record at the hearing, which are incorporated herein.

Accordingly, it is hereby

**ORDERED:**

1. Defendants' Motion to Dismiss the Amended Class Action Complaint (Doc. 27) is **GRANTED**. The amended class action complaint (Doc. 24) is **DISMISSED without prejudice**.

2. On or before **June 10, 2016**, Lead Plaintiffs shall file a second amended class action complaint.

3. On or before **July 15, 2016**, Defendants may file a motion to dismiss the second amended class action complaint, not to exceed twenty-five (25) pages. Alternatively, by the same date, any defendant may file an answer.

4. On or before **August 16, 2016**, Lead Plaintiffs shall file a response to any motion to dismiss, not to exceed thirty (30) pages.

5. On or before **September 2, 2016**, Defendants shall file a joint reply in support of any motion to dismiss, not to exceed ten (10) pages.

**DONE AND ORDERED** in Jacksonville, Florida the 26th day of April, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Counsel of record